## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: KAREN LYNETTE HENCE | CASE NO. 17-12452; SEC B |
| | CHAPTER 13 |

### O R D E R

Upon considering the Motion for Relief (P-28) of SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), A CORPORATION ORGANIZED AND EXISTING UNDER THE LAWS OF THE UNITED STATES OF AMERICA, the hearing scheduled for April 18, 2018 and applicable law;

**IT IS ORDERED** that the automatic stay is hereby lifted insofar as the following described property is affected thereby, whether the case is converted to another Chapter of Title 11 of the United States Code, to-wit:

> THAT CERTAIN PIECE OR PORTION OF GROUND, together with all of the buildings and improvements thereon, and all of the rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging or in anywise appertaining, situated in the THIRD DISTRICT of the City of New Orleans, Parish of Orleans, State of Louisiana, designated as LOT 11-A, SQUARE N, of that part thereof known as SHERWOOD FOREST, SECTION C, which said square is bounded by Will Stutley Drive, Little John Drive, Pressburg Street (side), and Robin Hood Drive (side), said lot commences at a distance of 70.21 feet from the intersection of Will Stutley Drive and Little John Drive, and measures thence 70.21 feet front on Will Stutley Drive, a width in the rear of 70.00 feet, by a depth of 116.68 feet on the sideline nearer Little John Drive, and a depth on the opposite sideline of 111.32 feet. All as more fully shown on survey by Gilbert, Kelly & Couturie, Inc., dated January 30, 1997.

bearing the municipal address of 11348 Will Stutley Dr, New Orleans, LA 70128.

**IT IS FURTHER ORDERED** that any order remain in effect regardless of conversion to another Chapter;

**IT IS FURTHER ORDERED** that Creditor is relieved from the provisions of Bankruptcy Rule 3002.1(b) and (c) requiring Creditor to supplement its proof of claim with notices regarding future payment changes and post petition fees and costs;

**IT IS FURTHER ORDERED** that the order of relief entered directs the Trustee to not make any further payments on the secured claim after entry of the order;

**IT IS FURTHER ORDERED** that Creditor's right to file an amended unsecured claim for any deficiency is reserved;

**IT IS FURTHER ORDERED** that it be permitted to contact Debtor and/or Debtor's Counsel for the purpose of engaging in discussions and consideration of loss mitigation options, solutions and/or resolutions including, but not limited to, a loan modification or other loss mitigation alternatives.

**IT IS FURTHER ORDERED** that movant shall serve this order on the required parties who will not receive notice through the ECF system pursuant to the FRBP and the LBR's and file a certificate of service to that effect within three days.

New Orleans, Louisiana, April 19, 2018.

*J. A. Brown*
Hon. Jerry A. Brown
U.S. Bankruptcy Judge